Frostie Ellis-Yancey
8611 Blue Coral Drive
Cypress, TX 77433
314-574-6074

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FROSTIE ELLIS-YANCEY                    Case No.: 4:25-cv-00822-JMB

        Plaintiff,


MIDWEST BLOCK &
BRICK/QUIKRETE COMPANY,

        Defendant,

Plaintiff, Frostie Ellis-Yancey, respectfully requests that this Court deny Defendant's Motion to Dismiss. As demonstrated below the complaint alleges sufficient facts to state a claim for age discrimination under the Age Discrimination in Employment Act (ADEA).

## II. Response to Defendant's Summary of Facts (Points a–g)

Defendant's memo (Doc. 17) summarizes my original complaint in points a–g and says it's not enough for an age discrimination claim. My original complaint was short because I filed it without a lawyer. I ask the Court to read it generously, as pro se filings get extra leeway. The facts below add important details that fix the problems the company points out. They show I suffered a real harm (constructive discharge — meaning the situation became so bad I had no choice but to leave) and that age likely played a role.

A. The company gave the Houston dispatcher position to a much younger employee from the Dallas Quikrete location, who had less experience than me. That person only stayed in the job a few months. This shows the company treated a younger, less-qualified person better than me (age 65+ with 42 years of service), which supports that age discrimination happened.

B. Transfers were always encouraged and routinely approved for other employees (like Sales Representative Ryan McClard to Florida). My denial was very unusual after a successful interview and promises from HR. This makes it reasonable to think age or my long seniority influenced the decision — they may have seen me as "too old" or "about to retire" to bother transferring.

C. After I left, Kaysey Christoph (from Pavestone Houston) told Katy Clayton (from Midwest Block & Brick, St. Louis) that the denial happened because the company thought my age meant I would retire soon. This was wrong — I had no plans to retire. For years before this, managers kept pressuring me to give a retirement date, and I always said no, I planned to keep working. This pattern shows age bias: they assumed older workers like me aren't worth keeping or moving.

D. I did not "choose to retire" as the company claims in point g. In July 2024, I sent written notice to my manager Mike Hulen saying I felt **forced** to end my employment because of the transfer denial. I had already sold my St. Louis home and bought one in Houston, relying on the transfer they promised. I had no good way to stay with the company. I asked for my last day to be August 2, 2024, so I could use my remaining PTO and keep insurance through the end of August. Instead, HR made it effective immediately, cutting off my health insurance at the end of July. I went months without any coverage, which was a huge hardship.

E. The company's failure to finish and send the promised transfer paperwork left me stuck. This forced me to leave so I could get Medicare coverage. The sudden insurance loss and everything else made the situation intolerable.

F. Attached are emails from Cory Crawford that explain the transfer promises and process (see page 2 referenced in the facts). These show the company led me to believe the transfer was happening.

G. I did not want to stop working — I immediately looked for and got other jobs (after a few short ones, I'm now a property manager at a storage company). This whole thing caused big financial, health, and family problems during what should have been an exciting move.

Great.

I am traveling between plants today. How about I reach out sometime tomorrow.
Is there a time that is best for you?

Cory Crawford
Pavestone
Regional Operations Manager, SATP/ HOUP



**From:** Frostie Yancey <Frostie.Yancey@midwestblock.com>
**Sent:** Tuesday, May 7, 2024 3:56 AM
**To:** Cory Crawford <Cory.Crawford@pavestone.com>
**Subject:** RE: Discuss Opening in HOUP - Katy, TX
**Importance:** High

Cory,

Good morning, I was off yesterday on PTO, But I am Available & very interested anytime today to discuss a position in Houston, Please call me @ 314-574-6074.

Frostie



**From:** Cory Crawford <Cory.Crawford@pavestone.com>
**Sent:** Friday, May 3, 2024 4:32 PM
**To:** Frostie Yancey <Frostie.Yancey@midwestblock.com>
**Subject:** Discuss Opening in HOUP - Katy, TX

Frostie,

I got you resume through my boss.
Mike Hulen told him you were looking to relocate to Houston area sometime later this year.

I just got word that my TM is going to retire during the summer months and I wanted to see if you had interest in the position.

If so, I would like to set up a call with you.

Cory Crawford
Pavestone
Regional Operations Manager, SATP/ HOUP

**From:** Frostie Yancey frostie.yancey@midwestblock.com
**Subject:** FW: Discuss Opening in HOUP - Katy, TX
**Date:** June 13, 2024 at 11:19 AM
**To:** Frostie Yancey frostieyancey@sbcglobal.net



**From:** Frostie Yancey
**Sent:** Wednesday, May 8, 2024 1:01 PM
**To:** Cory Crawford <Cory.Crawford@pavestone.com>
**Subject:** RE: Discuss Opening in HOUP - Katy, TX
**Importance:** High

Cory,

Good afternoon, That will be just fine!! Looking forward to speaking with you.

Frostie



**From:** Cory Crawford <Cory.Crawford@pavestone.com>
**Sent:** Wednesday, May 8, 2024 12:53 PM
**To:** Frostie Yancey <Frostie.Yancey@midwestblock.com>
**Subject:** RE: Discuss Opening in HOUP - Katy, TX

Frostie,
I had a bunch of calls dropped on me today.
Would you be opposed to talking tomorrow?

Cory Crawford
Pavestone
Regional Operations Manager, SATP/ HOUP



**From:** Frostie Yancey <Frostie.Yancey@midwestblock.com>
**Sent:** Tuesday, May 7, 2024 10:04 AM
**To:** Cory Crawford <Cory.Crawford@pavestone.com>
**Subject:** RE: Discuss Opening in HOUP - Katy, TX
**Importance:** High

Cory,

I am available anytime tomorrow, to discuss this opportunity with you on relocating to Houston.

Thanks
Frostie Yancey
Looking forward to talking with you!!

**From:** Cory Crawford <Cory.Crawford@pavestone.com>
**Sent:** Tuesday, May 7, 2024 10:00 AM
**To:** Frostie Yancey <Frostie.Yancey@midwestblock.com>
**Subject:** RE: Discuss Opening in HOUP - Katy, TX

Great

**From:** Frostie Yancey frostie.yancey@midwestblock.com
**Subject:** FW: Teams Call With HOUP Team
**Date:** June 13, 2024 at 11:19 AM
**To:** Frostie Yancey frostieyancey@sbcglobal.net



**From:** Frostie Yancey
**Sent:** Tuesday, May 14, 2024 4:04 AM
**To:** Cory Crawford <Cory.Crawford@pavestone.com>; Victoria Phelps <Victoria.Phelps@pavestone.com>; Jack Corn <jack.corn@pavestone.com>; Armando Rodriguez <Armando.Rodriguez@pavestone.com>
**Subject:** RE: Teams Call With HOUP Team

Good morning Team,

This works for me.

Thanks
Frostie Yancey



**From:** Cory Crawford <Cory.Crawford@pavestone.com>
**Sent:** Monday, May 13, 2024 2:56 PM
**To:** Victoria Phelps <Victoria.Phelps@pavestone.com>; Jack Corn <jack.corn@pavestone.com>; Armando Rodriguez <Armando.Rodriguez@pavestone.com>; Frostie Yancey <Frostie.Yancey@midwestblock.com>
**Subject:** Teams Call With HOUP Team

All,

I would like to set up a call with Frostie and a group from the Katy team sometime this week. Would 2:00 CST on Wednesday work for all of you?

If so, I will set up the call in Teams.


Cory Crawford
Pavestone
Regional Operations Manager, SATP/ HOUP

**From:** Frostie Yancey frostie.yancey@midwestblock.com
**Subject:** FW: HOUP/Frostie Call
**Date:** June 13, 2024 at 11:19 AM
**To:** Frostie Yancey frostieyancey@sbcglobal.net



-----Original Appointment-----
**From:** Frostie Yancey
**Sent:** Tuesday, May 14, 2024 8:05 AM
**To:** Cory Crawford
**Subject:** Accepted: HOUP/Frostie Call
**When:** Wednesday, May 15, 2024 2:00 PM-2:30 PM (UTC-06:00) Central Time (US & Canada).
**Where:** Microsoft Teams Meeting

**From:** Frostie Yancey frostie.yancey@midwestblock.com
**Subject:** FW: HOUP Transfer
**Date:** June 13, 2024 at 11:18 AM
**To:** Frostie Yancey frostieyancey@sbcglobal.net



**From:** Frostie Yancey
**Sent:** Monday, May 20, 2024 8:13 AM
**To:** Cory Crawford <Cory.Crawford@pavestone.com>
**Subject:** HOUP Transfer
**Importance:** High

Cory,

Good morning, Hopefully all is well with everyone at the Houston Pavestone division, after the storm on Thursday night. Just a quick follow up from the team meeting on Wednesday, May 15th. Sorry you were not able to attend the meeting, but I would like to thank you for scheduling the meeting with the team members. I am looking forward to hearing from you.

Thank you for the opportunity.

Frostie Yancey

**From:** Frostie Yancey frostie.yancey@midwestblock.com
**Subject:** FW: Houston Transfer
**Date:** June 13, 2024 at 10:54 AM
**To:** Frostie Yancey frostieyancey@sbcglobal.net



**From:** Frostie Yancey
**Sent:** Monday, June 10, 2024 3:58 AM
**To:** Cory Crawford <Cory.Crawford@pavestone.com>
**Subject:** RE: Houston Transfer
**Importance:** High

Good morning, Corey, I will be in Houston On July 10th to take care of Business, with my housing, Flying in & flying back out the same day, when are you looking for a starting date??

Please let me know, Looking forward to working with the Houston Pavestone crew members, I am very excited.

Frostie



**From:** Cory Crawford <Cory.Crawford@pavestone.com>
**Sent:** Thursday, June 6, 2024 11:34 AM
**To:** Frostie Yancey <Frostie.Yancey@midwestblock.com>
**Subject:** RE: Houston Transfer

Frostie,

Sorry for the delay. It looks like I have cleared all of the appropriate approvals and will be preparing you an offer.
I should have that to you in the next day or two.
Are you moving to Houston on July 10th or will you just going to be in town?

Cory Crawford
Pavestone
Regional Operations Manager, SATP/ HOUP



**From:** Frostie Yancey <Frostie.Yancey@midwestblock.com>
**Sent:** Tuesday, June 4, 2024 12:54 PM
**To:** Cory Crawford <Cory.Crawford@pavestone.com>
**Subject:** Houston Transfer
**Importance:** High

Cory,

Good afternoon, I know you said due to the holiday your schedule has been busy, but I thought I would Just drop you a quick follow-up on the Houston Transfer. Time is moving along & part of my family is already in Houston. I will be in Houston on July 10th to take care of business, so if you would like to meet with me in person I would greatly appreciated it.

Thanks
Frostie

From: Frostie Yancey frostie.yancey@midwestblock.com
Subject: FW: Houston Transfer
Date: June 24, 2024 at 9:24 AM
To: Frostie Yancey frostieyancey@sbcglobal.net



**From:** Cory Crawford <Cory.Crawford@pavestone.com>
**Sent:** Thursday, June 13, 2024 7:47 AM
**To:** Frostie Yancey <Frostie.Yancey@midwestblock.com>
**Subject:** Re: Houston Transfer

Frostie

I was under the assumption that I had all the approvals to move forward but found out on Monday that I did not. After checking on the status yesterday, I was told that the transfer was denied by management.

I am sorry for the inconvenience.

Cory Crawford



**From:** Frostie Yancey <Frostie.Yancey@midwestblock.com>
**Sent:** Thursday, June 13, 2024 6:21:46 AM
**To:** Cory Crawford <Cory.Crawford@pavestone.com>
**Subject:** Houston Transfer

Cory,

Good morning, I know your schedule is busy, but I just wanted to follow-up again with you, from your email that you send to me on Friday, June 7th, when I was out of the office. Do you have any updates on the paper work that you were going to send over to me?? I am so excited to start planning my moved to Houston with my family.

Looking forward to hearing from you soon!!

Frostie Yancey

**From:** Frostie Yancey frostie.yancey@midwestblock.com
**Subject:** FW: Houston Transfer
**Date:** June 17, 2024 at 8:46 AM
**To:** Frostie Yancey frostieyancey@sbcglobal.net



**From:** Frostie Yancey
**Sent:** Monday, June 17, 2024 8:30 AM
**To:** Dalia Chavez <Dalia.Chavez@pavestone.com>
**Subject:** Houston Transfer
**Importance:** High

Dalia,

Good morning, I was told this morning by Mike Hulen to reach out to you about an Opportunity in a Houston Transfer, which I though was already taken care of with Cory Crawford over the last few months of communication with him and only to find out on Thursday, June 13th, from a email from Cory that the transfer was denied after being told that everything was approved & clear to go and was just waiting on a start date.

This has been very devasting to me and I have been very stressed out ever since I received the email from Cory and all he said was sorry for any inconveniences. Hopefully you can work on something for me and turn this situation around to a positive situation, as I move to the next chapter on my life with my family. If you need any additional information, please do not hesitate to call me @ 314-985-0340 or my cell# 314-574-6074.

Thank you in advance!!

Frostie Yancey